**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILMER JOSUE COLMENAREZ-MEDINA,** *Petitioner,* | : | |
| **v.** | : | **CIVIL NO. 26-7781** |
| **J. L. JAMISON et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **12th** day of **October 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **October 15, 2026**, **SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted. It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email promptly the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov. It is further **ORDERED** that the Government **SHALL NOT** take any action that would result in the removal of Petitioner from the Philadelphia Federal Detention Center.

**BY THE COURT:**

/S/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**